IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: CHEROKEE DATA COMPUTER PARTS & SERVICE   )
                                                                                       )   Case No. 08-10825
                                                                                       )   Chapter 7

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

      **COMES NOW** Robert D. Garrett, Trustee of the above captioned bankruptcy matter, and reports to the Court Clerk that after final distribution the following funds are unclaimed:

| CLAIM NO. | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|
| 05-1 | Matrix Business Technologies<br>Attn: Scott Klopock. General Counsel<br>7171 Forest Lane, #700<br>Dallas, TX 75230 | $17.80 |
|  | **TOTAL** | $17.80 |

      A check made payable to the Court clerk is attached hereto for deposit into unclaimed funds.

DATED: November 24, 2009

                                              s/Robert D Garrett
                                              Robert D. Garrett, Trustee
                                              PO Box 32427
                                              Oklahoma City, OK 73123-0627
                                              405-722-4335